# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ALLEGRE VILLA, a limited Partnership, *et al.*,** | * | **NOT CONSOLIDATED** |
| Plaintiffs, | * | |
| v. | * | No. 98-823C |
| **THE UNITED STATES,** | * | (Filed Mar. 17, 2006) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ANTHONY GARDENS APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1309C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ASPEN GREEN II,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-647C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **EL PASEO, LTD.,** | * | |
| Plaintiff, | * | |
| v. | * | No. 04-1285C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FAIRVIEW PROPERTIES, LTD,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1298C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FORT FAIRFIELD REALTY ASSOCIATES,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1375C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HOLCOMB RURAL HOUSING, a Limited Partnership**, *
Plaintiff, *

v. * No. 06-8C

**THE UNITED STATES**, *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**KALISPELL INVESTMENT GROUP,** *

Plaintiff, *

v. * No. 05-1253C

**THE UNITED STATES**, *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**LAKE HAVASU INVESTMENT GROUP,** *

Plaintiff, *

v. * No. 04-1291C

**THE UNITED STATES**, *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOJAVE VILLA APARTMENTS,** *

Plaintiff, *

v. * No. 05-819C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ONE EIGHTY-TWO HOUSING PARTNERS, L.P.,** *

Plaintiff, *

v. * No. 06-20C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RIPON ASSOCIATES 82,** *

Plaintiff, *

v. * No. 05-808C

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **STEPHENS ASSOCIATES LP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-846C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNION HOUSING PARTNERSHIP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-1361C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **YORK APARTMENTS,** | * | |
| Plaintiff, | * | |
| v. | * | No. 05-670C |
| **THE UNITED STATES,** | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Status Report filed in these cases on March 16, 2006, summarized the parties' progress in reaching an amicable resolution to the above-listed cases before Judge Horn as ADR judge and to importing their efforts in the cases in ADR into No. 98-823C. Accordingly,

**IT IS ORDERED**, as follows:

1. This court seeks to ease the reportorial burden on counsel. Therefore, one status report shall address all the cases before the undersigned that have been stayed pending ADR. The parties shall file one Joint Status Report in the above cases by August 17, 2006, stating with particularity the status of ADR in the above cases, including any developments relating to No. 98-823C. The court is pleased to hear that some progress has been made.

2. The status reports for No. 98-823C shall be filed by hard copy.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge