**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ALLEGRE VILLA, A LIMITED
Partnership, *et al.*

Plaintiff,

**File No. 98-823**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ANTHONY GARDENS APARTMENTS

Plaintiff,

**File No. 04-1309**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ASPEN GREEN II

Plaintiff,

**File No. 05-647**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

EL PASEO, LTD.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 04-1285**
**(Judge Christine O.C. Miller)**

---

FAIRVIEW PROPERTIES, LTD.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1298**
**(Judge Christine O.C. Miller)**

---

FORT FAIRFIELD REALTY ASSOCIATES

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1375**
**(Judge Christine O.C. Miller)**

---

HOLCOMB RURAL HOUSING

Plaintiff,

**File No. 06-8**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

KALISPELL INVESTMENT GROUP

Plaintiff,

**File No. 05-1253**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

LAKE HAVASU INVESTMENT GROUP

Plaintiff,

**File No. 04-1291**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

---

MOJAVE VILLA APARTMENTS, A
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-819**
**(Judge Christine O.C. Miller)**

---

ONE EIGHTY-TWO HOUSING PARTNERS,
Limited Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 06-20**
**(Judge Christine O.C. Miller)**

---

RIPON ASSOCIATES 82, A LIMITED
Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-808**
**(Judge Christine O.C. Miller)**

---

---

STEPHENS ASSOCIATES LIMITED
Partnership

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-846**
**(Judge Christine O.C. Miller)**

---

UNION HOUSING PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1361**
**(Judge Christine O.C. Miller)**

---

YORK APARTMENTS

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-670**
**(Judge Christine O.C. Miller)**

---

---

DOTTA DRIVE ASSOCIATES

Plaintiff, **File No. 06-323**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

ADMIRALTY ASSOCIATES

Plaintiff, **File No. 06-343**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

VALENCIA INVESTORS

Plaintiff, **File No. 06-365**
**(Judge Christine O.C. Miller)**

v.

THE UNITED STATES

Defendant.

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 18, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court’s Alternative Dispute Resolution ("ADR")

pilot program.

The parties are pleased to report that (i) they have finalized the terms of their proposed settlement agreement; (ii) the Department of Agriculture has submitted its formal letter recommending the settlement; and (iii) the formal approval process within the Department of Justice is currently underway. The agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving approximately 800 properties – including this case. Plaintiffs formally submitted the agreement to defendant as an offer of settlement on August 23, 2006, after which status conferences with Judge Horn were held on August 25, 2006, September 27, 2006, and October 19, 2006. A further status conference is scheduled for November 16, 2006, at which time the parties will inform Judge Horn as to the status of the approval process within the Department of Justice.

Thus, the parties request that this matter continue to be stayed until the settlement agreement has been approved and executed by defendant. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel

William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: November 17, 2006

**Filed Electronically**
**with the consent of the**
**Attorney for Defendant**

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

**s/ Kenneth S. Kessler**

KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 7026
Washington, D.C. 20530
Telephone: (202) 307-0313
Facsimile: (202) 305-7643

*Attorneys for Defendant*